Henry Weyand and Daniel E. Cronin, Appellants, v. The Park Terrace Company, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.